UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**BRETT TABOR,**

    **Plaintiff,**

v.                                                     Case No: 5:23-cv-376-JA-PRL

**ADVANCED PLUMBING TECHNOLOGY, LLC, a Florida limited liability company,**

    **Defendant.**

## ORDER

On January 30, 2025, attorneys for Defendant Advanced Plumbing Technology, LLC ("Defendant"), Richard Salazar and Timothy Daveler, filed a Notice of Compliance with Order Permitting Counsel for Defendant to Withdraw from Representation ("Notice"). (Doc. 33). The Notice provides the Court with Defendant's current contact information (including mailing address, email address, and telephone number) so that it may properly serve Defendant with all papers and pleadings unless and until it retains new counsel. Pursuant to the Court's Order (Doc. 31), attorneys Richard Salazar and Timothy Daveler are relieved of any further responsibility for the representation of Defendant in this action.

As Defendant is now unrepresented, and as stated in the Court's January 29, 2025 Order (*see* Doc. 31), it **may not defend itself** in this case except through an attorney who is a member of the bar of this Court. *See* M.D. Fla. Local Rule 2.02(b)(2); *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel."); *Energy Lighting Mgmt., LLC v. Kinder*, 363 F. Supp. 2d 1331, 1332

- 2 -

(M.D. Fla. 2005) (applying the prior version of Local Rule 2.02(b)(2) to limited liability companies).

Accordingly, on or before **February 28, 2025**, Defendant Advanced Plumbing Technology, LLC shall retain counsel, and such counsel shall file a notice of appearance. Defendant is cautioned that failure to retain new counsel admitted to practice in this Court could result in adverse rulings including, without limitation, default and the entry of default judgment against it.

Until Defendant obtains new counsel and such counsel files a notice of appearance, all papers and pleadings should be **directed** to Defendant at the following addresses:

> Advanced Plumbing Technology, LLC
> c/o Mason Chickonski
> 16207 State Road 50, Suite 402
> Clermont, FL 34711
> (321) 508-8879
> advancedpier@gmail.com
> mason@chooseapt.com
>
> Advanced Plumbing Technology, LLC
> c/o Taylor Yarkosky
> 16207 State Road 50, Suite 402
> Clermont, FL 34711
> taylor@chooseapt.com

If Defendant's contact information changes, it is Defendant's responsibility to file a notice informing the Court and other parties of the new contact information.

The Clerk is **directed** to serve a copy of this Order on Defendant at the addresses listed above, and to remove Richard Salazar and Timothy Daveler from the CM/ECF filing system for this case.

**DONE** and **ORDERED** in Ocala, Florida on January 31, 2025.

- 3 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties